UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FURNITURE DISTRIBUTORS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| JAMES R. WHITE, JR., JAMES R. WHITE, SR., PHYLLIS M. WHITE, GREGORY L. WHITE, SOFTWARE SUPPORT-PMW, INC., THE HOMESOURCE CORP., and CENTERSPEC, LLC, | )  Civil No. 3:15-cv-00313-FDW-DCK<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant The HomeSource Corp. ("HomeSource") makes the following disclosures:

1.  Is HomeSource a publicly held corporation or other publicly held entity?

    ☐ Yes     ☒ No

2.  Does HomeSource have a parent corporation?

    ☐ Yes     ☒ No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: <u>N/A</u>

3.  Is 10% or more of the stock of HomeSource owned by a publicly held corporation?

    ☐ Yes     ☒ No

    If yes, identify all such owners: <u>N/A</u>

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

1

☐ Yes    ☒ No

If yes, identify entity and nature of interest:

Dated: October 26, 2015

        **HUNTON & WILLIAMS LLP**

/s/ Frank E. Emory, Jr.
Frank E. Emory, Jr., N.C. Bar No. 10316
Ryan G. Rich, N.C. Bar No. 37015
Bank of America Plaza
101 South Tryon Street, Suite 3500
Charlotte, North Carolina 28280
Telephone: (704) 378-4700
Fax: (704) 378-4890
femory@hunton.com
rrich@hunton.com

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of October 2015, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>John R. Buric
>John R. Brickley
>JAMES, McELROY & DIEHL, P.A.
>600 South College Street
>Charlotte, North Carolina 28202

                                        /s/ Ryan G. Rich
                                        Ryan G. Rich