**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| FURNITURE DISTRIBUTORS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES R. WHITE, JR., JAMES R. WHITE, SR., | ) | Civil No. 3:15-cv-00313 |
| PHYLLIS M. WHITE, GREGORY L. WHITE, | ) | |
| COURTNEY MURNANE, SOFTWARE SUPPORT- | ) | |
| PMW, INC., THE HOMESOURCE CORP., BBJ | ) | |
| CORP., and CENTERSPEC, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT FOR BBJ CORP.

Pursuant to Fed. R. Civ. P. 7.1, Defendant BBJ Corp. makes the following disclosures:

1.    Is BBJ Corp. a publicly held corporation or other publicly held entity?

☐Yes          ☒No

2.    Does BBJ Corp. have a parent corporation?

☐ Yes          ☒ No

If yes, identify all parent corporations, including grandparent and great-grandparent

corporations: <u>N/A</u>

3.    Is 10% or more of the stock of BBJ Corp. owned by a publicly held corporation?

☐ Yes          ☒ No

If yes, identify all such owners: <u>N/A</u>

4.    Is there any other publicly held corporation or other publicly held entity that has a direct

financial interest in the outcome of the litigation?

☐ Yes          ☒ No

1

If yes, identify entity and nature of interest:

Dated: April 1, 2016.

**HUNTON & WILLIAMS LLP**

/s/ Frank E. Emory, Jr.
Frank E. Emory, Jr., N.C. Bar No. 10316
Ryan G. Rich, N.C. Bar No. 37015
Emma C. Merritt, N.C. Bar No. 35446
Bank of America Plaza
101 South Tryon Street, Suite 3500
Charlotte, North Carolina 28280
Telephone: (704) 378-4700
Fax: (704) 378-4890
femory@hunton.com
rrich@hunton.com
emerritt@hunton.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2016, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John R. Buric
Jon P. Carroll
JAMES, McELROY & DIEHL, P.A.
600 South College Street
Charlotte, North Carolina 28202


/s/ Frank E. Emory, Jr.
Frank E. Emory, Jr.