UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:15-cv-00313-FDW-DCK

| | |
|---|---|
| FURNITURE DISTRIBUTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES R. WHITE, JR., JAMES R. WHITE, SR., PHYLLIS M. WHITE, GREGORY L. WHITE, COURTNEY MURNANE, SOFTWARE SUPPORT-PMW, INC., THE HOMESOURCE, CORP., BBJ CORP., AND CENTERSPEC, LLC, <br><br> Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

      Defendants hereby provide notice that Lex M. Erwin and Erwin, Bishop, Capitano & Moss, P.A. are substituted as attorneys in place of Frank E. Emory, Jr., Ryan G. Rich, and Hunton & Williams, LLP in the representation of Defendants James R. White, Jr., James R. White, Sr., Phyllis M. White, Gregory L. White, Courtney Murnane, Software Support-PMW, Inc., The Homesource, Corp., BBJ Corp., and Centerspec, LLC. The Defendants hereby consent to the withdrawal of Frank E. Emory, Jr., Ryan G. Rich, and Hunton & Williams, LLP as attorneys of record for Defendants.

      This the 22nd day of July, 2016.

      s/ Lex M. Erwin
      Lex M. Erwin
      State Bar No. 34619
      Erwin, Bishop, Capitano & Moss, P.A.
      4521 Sharon Road, Suite 350
      Charlotte, North Carolina 28211
      Telephone: (704) 716-1200
      Fax: (704) 716-1201
      *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of the Court using CM/ECF filing system and served via electronic transmission through the Court's facilities in accordance with Rule 5 of the Federal Rules of Civil Procedure, and applicable local rules upon the following CM/ECF participants:

> John R. Buric
> Jon P. Carroll
> James, McElroy & Diehl, P.A.
> 600 South College Street
> Charlotte, North Carolina 28202
> *Attorneys for Plaintiff*
>
> Frank E. Emory, Jr.
> Ryan G. Rich
> Hunton & Williams LLP
> Bank of America Plaza, Suite 3500
> 101 South Tryon Street
> Charlotte, North Carolina 28280
> *Withdrawing Attorneys*

This the 22nd day of July, 2016.

> s/ Lex M. Erwin
> Lex M. Erwin
> State Bar No. 34619
> Erwin, Bishop, Capitano & Moss, P.A.
> 4521 Sharon Road, Suite 350
> Charlotte, North Carolina 28211
> Telephone: (704) 716-1200
> Fax: (704) 716-1201
> *Attorneys for Defendants*