IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:15-cv-00313-FDW-DCK

| | |
|---|---|
| FURNITURE DISTRIBUTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES R. WHITE, JR.; JAMES R. WHITE, SR.; PHYLLIS M. WHITE; GREGORY L. WHITE; COURTNEY MURMANE, SOFTWARE SUPPORT-PMW, INC.; THE HOMESOURCE, CORP.; BBJ Corp. and CENTERSPEC, LLC, <br><br> Defendants. | **NOTICE OF SETTLEMENT** |

Plaintiff Furniture distributors, Inc. and Defendants James R. White, Jr., James R. White, Sr., Phyllis M. White, Gregory L. White, Courtney Murmane, The HomeSource Corp., BBJ Corp. and CenterSpec, LLC (collectively "Defendants") hereby jointly notify the Court that the parties have reached a settlement of all matters in dispute in this litigation. Counsel for the parties have already prepared, circulated and executed settlement documents. These documents require Defendants to fund the settlement on or before August 28, 2016. The parties will file a Stipulation of Dismissal with Prejudice within 3 days of the funds clearing Plaintiff's trust account.

Respectfully submitted this the 18th day of August, 2016.

| JAMES, McELROY & DIEHL, P.A. | ERWIN, BISHOP, CAPITANO & MOSS, P.A. |
|---|---|
| s/ John R. Buric | s/ Lex M. Erwin |
| John R. Buric, N.C. State Bar No. 22688 | Lex M. Erwin State Bar No. State Bar No. 34619 |
| jburic@jmdlaw.com | lerwin@ebcmlaw.com |
| 600 South College Street | 4521 Sharon Road, Suite 350 |
| Charlotte, North Carolina 28202 | Charlotte, North Carolina 28211 |
| Telephone: (704) 372-9870 | (704) 716-1200 (tel.) |
| Facsimile: (704) 333-5508 | (704) 716-1201 (fax) |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT** has this date been electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing, constituting service thereof, to Plaintiff's counsel of record as follows:

Lex M. Erwin – lerwin@ebcmlaw.com

This the 18th day of August, 2016.

**JAMES, McELROY & DIEHL, P.A.**

s/ John R. Buric
John R. Buric, N.C. State Bar No. 22688
jburic@jmdlaw.com
600 South College Street
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508
*Attorneys for Plaintiff*

3