# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Civil Action No. 3:15-cv-00313-FDW-DCK

| | |
|---|---|
| FURNITURE DISTRIBUTORS, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> JAMES R. WHITE, JR.; JAMES R. WHITE, SR.; PHYLLIS M. WHITE; GREGORY L. WHITE; COURTNEY MURNANE; SOFTWARE SUPPORT-PMW, INC.; THE HOMESOURCE, CORP.; BBJ CORP., and CENTERSPEC, LLC, <br><br> **Defendants.** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the written settlement agreement executed by the parties, Plaintiff and Defendants, through counsel, stipulate that all claims in the above-captioned matter are hereby dismissed with prejudice, with each party will bear their respective costs and attorneys' fees.

This the 30th day of August, 2016.

| | |
|---|---|
| /s/ John R. Buric | /s/ Lex M. Erwin |
| John R. Buric, N.C. State Bar No. 22688 | Lex M. Erwin, N.C. State Bar No. 34619 |
| jburic@jmdlaw.com | lerwin@ebcmlaw.com |
| Jon P. Carroll, N.C. State Bar No. 33850 | 4521 Sharon Road, Suite 350 |
| jcarroll@jmdlaw.com | Charlotte, NC 28211 |
| 600 South College Street | Telephone: (704) 716-1200 |
| Charlotte, North Carolina 28202 | Facsimile: (704) 716-1201 |
| Telephone: (704) 372-9870 | *Counsel for Defendants* |
| Facsimile: (704) 350-9317 | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing **VOLUNTARY DISMISSAL WITH PREJUDICE** was electronically filed using this Court's CM/ECF system, which will transmit notification of such filing, constituting service thereof, to Defendants' counsel of record as follows:

Lex M. Erwin – lerwin@ebcmlaw.com

This the 30th day of August, 2016.

        **JAMES, McELROY & DIEHL, P.A.**

By: /s/ John R. Buric
John R. Buric, N.C. State Bar No. 22688
jburic@jmdlaw.com
Jon P. Carroll, N.C. State Bar No. 33850
jcarroll@jmdlaw.com
600 South College Street
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 350-9317
*Counsel for Plaintiff*